

Sheldon K. Smith
*Partner*
T 716-853-8116
sksmith@nixonpeabody.com

Key Towers at Fountain Plaza
40 Fountain Plaza, Suite 500
Buffalo, NY 14202-2224
716-853-8100

July 27, 2016

**VIA ECF**

Clerk of the Court
United States District Court for the Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

      RE:    **Liberty Mutual Fire Insurance Company et al. v. Elite Medical Supply of New York, LLC**
              **1:16-cv-01766-MKB-CLP**

Dear Sir or Madam:

I am an attorney admitted and registered for electronic filing in this court, appearing as counsel of record representing the Defendant in connection with the above-referenced matter.

Please be advised that Nicole Mastropieri, Esq. is no longer with the firm of Nixon Peabody LLP and should be terminated as Attorney to be Noticed via ECF for this case.

If you need further information, please do not hesitate to contact me.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Sheldon K. Smith

Sheldon K. Smith

So Ordered
/s/ Cheryl Pollak
USMJ
7/28/16