US MAGISTRATE JUDGE CHERYL L. POLLAK                    DATE: 9/7/16

                                                        TIME SPENT: _____

DOCKET NO. 16 CV1766

CASE: Liberty Mutual v Elite

____ INITIAL CONFERENCE                 ____ OTHER/STATUS CONFERENCE
__✓__ DISCOVERY CONFERENCE              ____ FINAL/PRETRIAL CONFERENCE
__✓__ SETTLEMENT CONFERENCE             ____ TELEPHONE CONFERENCE
____ MOTION HEARING                     ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED                          _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

**RULINGS:**

Settlement discussions fail
Parties to proceed with moti—