# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

120 BROADWAY, SUITE 1010
NEW YORK, NY 10271
212-825-1212

James A. McKenney
Phone: 646-870-1742
Fax:   646-233-1916
jmckenney@morrisonmahoney.com

| MASSACHUSETTS | NEW HAMPSHIRE |
| BOSTON | MANCHESTER |
| FALL RIVER | |
| SPRINGFIELD | NEW JERSEY |
| WORCESTER | PARSIPPANY |
| | |
| CONNECTICUT | NEW YORK |
| HARTFORD | NEW YORK |
| STAMFORD | |
| | RHODE ISLAND |
| ENGLAND | PROVIDENCE |
| LONDON | |

July 11, 2017

**VIA ELECTRONIC FILING**

Honorable Margo K. Brodie
United States District Court Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Liberty Mutual Fire Ins. Co., et al. v. Elite Medical Supply of New York, LLC, Docket No.: 1:16-cv-01766 (MKB)(CLP)**

Dear Judge Brodie:

    We represent Plaintiffs in the above-referenced matter, and jointly with counsel for Elite Medical Supply of New York, LLC, are pleased to inform the Court that the parties have reached a final settlement agreement. Enclosed for the Court's review and signature is a stipulation of voluntary dismissal.

    We thank you for your consideration in this regard.

                          Very truly yours,

                          Morrison Mahoney LLP

                          By: _____
                                  James A. McKenney

Encl.

JM/jac

Exhibit "2"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

LIBERTY MUTUAL FIRE INSURANCE COMPANY, AND LM GENERAL INSURANCE COMPANY,

               Plaintiffs,

-against-

ELITE MEDICAL SUPPLY OF NEW YORK, LLC,

               Defendant.

------------------------------------------------------------------- X

CIVIL ACTION NO:
1:16-cv-01766 (MKB) (CLP)

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for Plaintiffs, Liberty Mutual Fire Insurance Company and LM General Insurance Company (collectively, "Plaintiffs"), and Defendant Elite Medical Supply of New York, LLC ("Defendant"), as follows:

Plaintiffs' claims in this action asserted against the Defendant are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Plaintiff and Defendant shall pay their own costs and attorneys' fees.

Dated: July 5, 2017

| **MORRISON MAHONEY LLP** | **NIXON PEABODY LLP** |
|---|---|
| By: /s/ James A. McKenney | By: *[signature]* |
| Robert A. Stern (RS-1282) | Sheldon K. Smith (SS-6038) |
| Daniel S. Marvin (DM-7106) | Nixon Peabody LLP |
| James A. McKenney (JM-6164) | Key Towers at Fountain Plaza |
| 120 Broadway, Suite 1010 | 40 Fountain Plaza, Suite 500 |
| New York, New York 10271 | Buffalo, New York 14202-2224 |
| Tel: (212) 825-1212 | Tel: (716) 853-8116 |
|  | sksmith@nixonpeabody.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Dated: Brooklyn, New York

_____, 2017

**SO ORDERED**

_____
HON. MARGO K. BRODIE
United States District Judge