Exhibit "2"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X

LIBERTY MUTUAL FIRE INSURANCE COMPANY, AND LM GENERAL INSURANCE COMPANY,

              Plaintiffs,

-against-

ELITE MEDICAL SUPPLY OF NEW YORK, LLC,

              Defendant.
---------------------------------------------------------------------- X

CIVIL ACTION NO:
1:16-cv-01766 (MKB)
(CLP)

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for Plaintiffs, Liberty Mutual Fire Insurance Company and LM General Insurance Company (collectively, "Plaintiffs"), and Defendant Elite Medical Supply of New York, LLC ("Defendant"), as follows:

Plaintiffs' claims in this action asserted against the Defendant are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Plaintiff and Defendant shall pay their own costs and attorneys' fees.

Dated: July 5, 2017

| **MORRISON MAHONEY LLP** | **NIXON PEABODY LLP** |
|---|---|
| By: /s/ James A. McKenney | By: *[signature]* |
| Robert A. Stern (RS-1282) | Sheldon K. Smith (SS-6038) |
| Daniel S. Marvin (DM-7106) | Nixon Peabody LLP |
| James A. McKenney (JM-6164) | Key Towers at Fountain Plaza |
| 120 Broadway, Suite 1010 | 40 Fountain Plaza, Suite 500 |
| New York, New York 10271 | Buffalo, New York 14202-2224 |
| Tel: (212) 825-1212 | Tel: (716) 853-8116 |
|  | sksmith@nixonpeabody.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED:
s/ MKB 7/14/2017

_____

MARGO K. BRODIE
United States District Judge